# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br> JULIUS L. JONES and TANESHA S. JONES <br><br> Debtor(s) | Case No. 1:18-bk-30792 <br><br> Chapter 13 <br><br> Honorable Pamela S. Hollis |

## NOTICE OF MOTION

| | |
|---|---|
| Glenn B. Stearns <br> 801 Warrenville Road <br> Suite 650 <br> Lisle, Illinois 60532 | Department Stores National Bank <br> c/o Quantum3 Group LLC <br> P.O. Box 657 <br> Kirkland, Washington 98083 |
| Quantum3 Group, LLC <br> 12006 98th Avenue NE <br> Suite 200 <br> Kirkland, Washington 98034 | Department Stores National Bank <br> Attn: Mr. Walter E. Johnson <br> 701 East 60th Street <br> Sioux Falls, South Dakota 57104 |

PLEASE TAKE NOTICE that on May 3, 2019 at 10:45 a.m., the undersigned will appear before the Honorable Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois and will then and there present **DEBTORS' OBJECTION TO CLAIM 14-1,** at which time you may appear, if you so choose.

## CERTIFICATE OF SERVICE

I, Joseph S. Davidson, certify that I caused a copy of this notice and motion to be served, via electronic case filing to Glenn B. Stearns, Chapter 13 Trustee and via United States Certified Mail to all parties listed on the attached service list, on March 15, 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue,
Suite 200
Lombard, Illinois 60148
+1 630-575-8181

jdavidson@sulaimanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:18-bk-30792 |
| JULIUS L. JONES and TANESHA S. JONES | Chapter 13 |
| Debtor(s) | Honorable Pamela S. Hollis |

## OBJECTION TO CLAIM 14-1

NOW COME JULIUS L. JONES and TANESHA S. JONES (the "Debtors"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to Fed. R. Bankr. P. 3007, objecting to the proof of claim filed by DEPARTMENT STORES NATIONAL BANK c/o QUANTUM3 GROUP LLC (the "Creditor"), in support thereof, stating as follows:

1. Debtors filed the instant petition for Chapter 13 relief on October 31, 2018. [Dkt. No. 1]

2. The deadline for filing non-governmental proofs of claim in this case was January 9, 2019. [Dkt. No. 11].

3. Creditor filed its instant proof of claim 14-1 on January 10, 2019, one day after the filing deadline had passed. [Claim 14-1]

4. A creditor must file a proof of claim in order to participate in chapter 13 plan distributions. *See* Fed. R. Bankr. P. 3021 (permitting distribution to creditors "whose claims have been allowed"); 11 U.S.C. § 502(a) (providing that a claim is "deemed allowed" when a proof of claim is filed under section 501); *see also In re Brisco*, 486 B.R. 422, 430 (Bankr. N.D. Ill. 2013); *In re Strong*, 203 B.R. 105, 112 (Bankr. N.D. Ill. 1996).

5. A debtor may object – and a court must disallow the claim – if the creditor's proof of claim is not timely filed. *See* 11 U.S.C. § 502(a), (b)(9).

6. Federal Rule of Bankruptcy Procedure 3002(c) notes that "a proof of claim is timely filed if it is filed not later than 90 days after the first date set for the meeting of creditors."

7. This subsection mentions six exceptions to the 90-day deadline, but none is relevant here.

8. Because Department Stores National Bank filed its proof of claim after the Rule 3002(c) deadline, the Court should disallow the claim.

WHEREFORE, Debtors respectfully request the following:

A. an Order disallowing Claim 14-1; and

B. award such other relief as this Court deems just and proper.

DATED: March 15, 2019                                      Respectfully submitted,

**JULIUS L. JONES AND TANISHA S. JONES**

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com