Form G-4

Case 18-30792   Doc 50-2   Filed 03/26/20   Entered 03/26/20 13:33:52   Desc
Statement Accompanying Relief From Stay    Page 1 of 1

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Julius L Jones  Tanesha S Jones    Case No. 18-30792    Chapter 13

All Cases: Moving Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION    Date Case Filed 10/31/2018

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____   or Date Plan Confirmed 05/03/2019

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 03/09/2020   $206,888.63
   Total of all other Liens against Collateral   $78,537.85

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $239,961.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   0    Amount  $657.82

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months  3    Amount  $6,080.12

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____    Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid       Amount  $_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date: March 26, 2020                           /s/ Karl Meyer
(Rev. 12/21/09)                                Counsel for Movant