# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| JULIUS L. JONES and ) | |
| TANESHA S. JONES, ) | |
| ) | |
| ) | Case No. 18-bk-30792 |
| ) | |
| Debtor. ) | |
| ) | Honorable LaShonda A. Hunt |

## NOTICE OF MOTION

**To**: Chapter 13 Trustee (via ECF)
All Creditors Listed on the Attached Serviced List (via U.S. Mail)

**PLEASE TAKE NOTICE** that on **September 16, 2022, at 10:15 a.m.**, I will appear before the Honorable LaShonda A. Hunt or any Judge sitting in her place, and present **Debtors' Motion for Authorization to Sell Real Property,** a copy of which is attached.

**This Motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Enter the meeting ID **161 165 5696**. Enter the passcode **7490911**.

**To appear by telephone,** call Zoom for Government at (669) 254-5252 or (646) 828-7666. Then enter the meeting ID and password.

**When prompted identify yourself by stating your full name.**

**To reach Judge Hunts' web page go to** www.ilnb.uscourts.gov **and click on the tab for Judges.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without hearing.

**JULIUS S. JONES AND**
**TANESHA S.JONES**

By: *Mohammed O. Badwan*

Mohammed O. Badwan, Esq.
*Counsel for Debtor*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Phone (630) 575-8180
mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 29, 2022, he caused a true and correct copy of the foregoing Notice of Motion and the attached Motion to be served upon the Chapter 13 Trustee (via ECF) and all creditors (via U.S. Mail).

/s/ *Mohammed O. Badwan*

**18-30792** Julius L Jones and Tanesha S Jones
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Honorable Judge:** LaShonda A Hunt
**Date filed:** 10/31/2018 **Date of last filing:** 06/12/2022 **Plan confirmed:** 05/03/2019

# Creditors

**Acs/access Grp**
Acs/Education Services
PO Box 7051
Utica, NY 13504
(27266160)
(cr)

**Acs/access Grp**
501 Bleecker St.
Utica, NY 13501
(27266161)
(cr)

**BBR Investments**
100 N. Center St.
Newton Falls, OH 44444
(27266162)
(cr)

**BBR Investments LLC**
100 North Center Street
Newton Falls, OH 44444
(27349643)
(cr)

**BBR Investments LLC**
100 North Center Street
Newton Falls, OH 44444
(27349554)
(cr)

**Cavalry SPV I, LLC**
as assignee of Synchrony Bank
Ashley Home Stores
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595
(27270701)
(cr)

**Cavalry SPV I, LLC**
PO Box 27288
Tempe, AZ 85282
(27266163)
(cr)

**CCI/Contract Callers Inc**
501 Greene St Ste 302
Augusta, GA 30901
(27266165)
(cr)

**CCI/Contract Callers Inc**
Attn: Bankruptcy Dept
501 Greene St Ste 302
Augusta, GA 30901
(27266164)
(cr)

**Chase Mortgage**
Po Box 24696
Columbus, OH 43224
(27266167)
(cr)

**Chase Mortgage**
3415 Vision Dr
Columbus, OH 43219
(27266166)
(cr)

**Citibank / Sears**
Po Box 6283
Sioux Falls, SD 57117
(27266170)
(cr)

**Citibank / Sears**
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179
(27266169)
(cr)

**Citibank / Sears**
Citicorp Credit Services
Po Box 790040
Saint Louis, MO 63179
(27266168)
(cr)

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129
(27266171)
(cr)

**Citibank/The Home Depot**
Po Box 6497
Sioux Falls, SD 57117
(27266172)
(cr)

**Comenity Capital Bank**
c/o Weinstien & Riley PS
Po Box 3978
Seattle, WA 98124
(27266173)
(cr)

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657
(27435025)
(cr)

**Dept Store National Bank**
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040
(27266174)
(cr)

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
(27278514)
(cr)

**Discover Financial**
Po Box 15316
Wilmington, DE 19850
(27266176)
(cr)

**Discover Financial**
Po Box 3025
(27266175)
(cr)

New Albany, OH 43054

**Home Depot Loan Services**  
1797 NE Expressway #100  
Atlanta, GA 30329

(27266177)  
(cr)

**Illinois Department of Revenue**  
Bankruptcy Section  
Po Box 64338  
Chicago, IL 60664-0338

(27266178)  
(cr)

**Jefferson Capital Systems**  
Po Box 772813  
Chicago, IL 60677

(27266179)  
(cr)

**JPMorgan Chase Bank, National Association**  
Chase Records Center  
Attn: Correspondence Mail  
700 Kansas Lane  
Monroe LA 71203

(27426366)  
(cr)

**Mercedes-Benz Financial**  
Po Box 685  
Roanole, TX 76262

(27266180)  
(cr)

**Mercedes-Benz Financial**  
Po Box 961  
Roanoke, TX 76262

(27266181)  
(cr)

**Mercedes-Benz Financial Services USA LLC**  
c/o BK Servicing, LLC  
PO Box 131265  
Roseville, MN 55113-0011

(27782315)  
(cr)

**Navient**  
Po Box 3229  
Wilmington, DE 19804

(27266183)  
(cr)

**Navient**  
Po Box 61047  
Harrisburg, PA 17106

(27266184)  
(cr)

**Navient**  
Attn: Claims Dept  
Po Box 9500  
Wilkes- Barr, PA 18773

(27266182)  
(cr)

**Navient Solutions, LLC. on behalf of**  
Educational Credit Management Corporatio  
PO BOX 16408  
St. Paul, MN 55116-0408

(27334510)  
(cr)

**Nelnet on behalf of ECMC**

(27472114)

Education Credit Management Corp  
PO Box 16408  
St. Paul, MN 55116-0478  
(cr)

**Nordstrom Fsb**  
13531 E. Caley Ave.  
Englewood, CO 80111  
(27266186)  
(cr)

**Nordstrom Fsb**  
Correspondence  
Po Box 6555  
Englewood, CO 80155  
(27266185)  
(cr)

**Onemain Financial/Citifinancial**  
6801 Colwell Blvd.  
Ntsb-2320  
Irving, TX 75039  
(27266187)  
(cr)

**Onemain Financial/Citifinancial**  
Po Box 499  
Hanover, MD 21076  
(27266188)  
(cr)

**PayPal Credit**  
Po Box 105658  
Atlanta, GA 30348  
(27266189)  
(cr)

**Portfolio Recovery Associates**  
Po box 12914  
Norfolk, VA 23541  
(27266190)  
(cr)

**Portfolio Recovery Associates, LLC**  
c/o The Home Depot Consumer  
POB 41067  
Norfolk VA 23541  
(27429407)  
(cr)

**Portfolio Recovery Associates, LLC**  
c/o Onemain Financial  
POB 41067  
Norfolk VA 23541  
(27433583)  
(cr)

**Portfolio Recovery Associates, LLC**  
c/o Sears Mastercard  
POB 41067  
Norfolk VA 23541  
(27429405)  
(cr)

**Quantum3 Group**  
PO Box 657  
Kirkland, WA 98083  
(27266191)  
(cr)

**Regions Bk/greensky Cr**  
1797 NE Expressway  
Atlanta, GA 30329  
(27266192)  
(cr)

**Sallie Mae**  
P.O Box 3319  
Wilmington, DE 19804  
(27428540)  
(cr)

**Syncb/Ashley Homestore**  
c/o Po Box 965036  
Orlando, FL 32896  
(27266194)  
(cr)

**Syncb/Ashley Homestore**  
Po Box 965064  
Orlando, FL 32896  
(27266193)  
(cr)

**SYNCHRONY BANK**  
c/o Weinstein & Riley, PS  
2001 Western Ave., Ste 400  
Seattle, WA 98121  
(27433812)  
(cr)

**SYNCHRONY BANK**  
c/o Weinstein & Riley, PS  
2001 Western Ave., Ste 400  
Seattle, WA 98121  
(27433799)  
(cr)

**U.S. Bank National Association**  
Bankruptcy Department  
PO Box 5229  
Cincinnati, Ohio 45201-5229  
(27425641)  
(cr)

**Us Bank**  
Attn: Bankruptcy  
Po Box 5229  
Cincinnati, OH 45201  
(27266195)  
(cr)

**Us Bank**  
Po Box 5227  
Cincinnati, OH 45201  
(27266196)  
(cr)

**Visa Dept Store National Bank**  
Po Box 8218  
Mason, OH 45040  
(27266197)  
(cr)

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 08/29/2022 15:06:02 ||||
| **PACER Login:** | sulaimanlaw | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 18-30792 Creditor Type: cr |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 13 |
| JULIUS L. JONES and | ) | |
| TANESHA S. JONES, | ) | |
| | ) | |
| | ) | Case No. 18-bk-30792 |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable LaShonda A. Hunt |

## DEBTORS' MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY

**NOW COME** Julius L. Jones and Tanesha S. Jones ("Debtors"), by and through their undersigned counsel, moving this Honorable Court for an order authorizing the Debtors to sell real property, and in support thereof, stating as follows:

1. The Debtors filed the instant Chapter 13 on October 31, 2018.

2. Debtors' Modified Chapter 13 Plan was confirmed on May 3, 2019 ("Confirmed Plan"). [Dkt. 45]

3. The Debtors' principal residence is located at 6 Kingsbrooke Ct., Bolingbrook, IL 60440 ("Property").

4. The Property is encumbered by a first mortgage lien ("mortgage loan") in favor of JPMorgan Chase Bank, N.A. ("Chase").

5. At the time the Debtors filed their bankruptcy case, Debtors were current on the mortgage loan and there were no arrears owed to Chase.

6. Accordingly, the Confirmed Plan did not provide for any arrears payments to Chase.

7. The Debtors wish to sell the Property.

8. The Debtors have secured a real estate contract for the sale of the Property ("Contract"). *See* attached Exhibit A, a true and accurate copy of the Contract.

9. The contemplated sale price for the Property is $390,000. *Id.* at pg. 1.

10. The current balance on the mortgage loan is $192,200.00. *See* attached Exhibit B, a true and correct copy of the contemplated Closing Statement.

11. Accordingly, the contemplated sale price would satisfy the mortgage lien in its entirety.

12. Moreover, the Debtors will be receiving approximately $165,889.09 after all liens and closing costs are paid ("Net Proceeds").

13. The Debtors intend on using a portion of the Net Proceeds to pay off their bankruptcy case, which is approaching its 4th year.

14. The closing for the sale of the Property is currently set for September 20, 2022.

15. Given that the Property is property of the bankruptcy estate, Debtors need court approval to sell the Property.

16. The sale of the Property is in the best of interests of the creditors as the proceeds will be used to pay the creditors.

17. In light of the depreciating real estate market, time is of the essence as the Debtors will be irreparably harmed if they are unable to sell the Property on September 20, 2022.

18. Given that the closing is set for September 20, 2022, Debtors respectfully request that the Court find that there is good cause to (1) excuse the shortened notice (18 days as opposed to 21 days required by Rule 2002(a)(2); and (2) not stay the Order authorizing sale for 14 days after entry as prescribed by 11 U.S.C. §363(h).

19. Based on the foregoing, there is good cause for the Court to grant the relief sought herein.

**WHEREFORE**, the Debtors respectfully request that this Honorable Court enter an Order providing the following relief:

A. Authorizing the Debtors to sell the real property located at 6 Kingsbrooke Ct., Bolingbrook, IL 60440;

B. Authorizing the proceeds of the sale to be disbursed to Julius L. Jones and Tanesha S. Jones;

C. Excusing the shortened notice;

D. Waiving the 14 day stay of the Order Authorizing Sale; and

E. For any and all other relief this Court deems fair and proper.

Dated: August 29, 2022            Respectfully Submitted,

                       /s/ Mohammed O. Badwan
                       Mohammed O. Badwan
                       *Counsel for Debtors*
                       Sulaiman Law Group, Ltd.
                       2500 S. Highland Ave., Ste. 200
                       Lombard, IL 60148
                       Phone (630) 575-8180
                       Fax: (630) 575-8188