**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

Julius L Jones
Tanesha S Jones

Debtors

Case No.: 18-30792
Chapter: 13

Judge LaShonda A. Hunt

## NOTICE OF OBJECTION

TO: Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Julius L Jones, Tanesha S Jones, Debtors, 6 Kingsbrooke Ct., Bolingbrook, IL 60440
Mohammed O Badwan, Attorney for Debtors, 2500 S. Highland Ave Suite 200 , Lombard, IL 60148 by electronic notice through ECF

PLEASE TAKE NOTICE that JPMorgan Chase Bank, National Association files this objection to Debtors' Motion to Sell Real Property for the reason that the *order* does not state that the mortgage company shall be paid in full pursuant to an official payoff letter. In addition, the sale must be completed within a reasonable period of time after entry of the order allowing sale and any short sale is subject to the mortgage company's approval..

## CERTIFICATION

I hereby certify that I served a copy of Notice to the above, as to the Trustee and Debtors' attorney via electronic notice on September 2, 2022 and as to the debtors by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on September 2, 2022.

/s/ Terri M. Long
Attorney for Objector

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Irubiel Ferrer ARDC#6331334
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**(14-17-01589)**

NOTE: This law firm is a debt collector.