UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-30792
JULIUS L. JONES and TANESHA S. JONES  )
)  Chapter: 13
)  Honorable LaShonda Hunt
)  Joliet
)
Debtor(s)  )

## ORDER GRANTING DEBTORS' MOTION TO SELL REAL PROPERTY

THIS CAUSE, coming to be heard on PLAINTIFFS' MOTION TO SELL REAL PROPERTY, due notice having been given, and the Court being advised in the premise; IT IS HEREBY ORDERED;

1. Debtors are authorized to sell the real property located at 6 Kingsbrooke Ct., Bolingbrook, IL 60440.

2. JPMorgan Chase Bank National Association shall be paid in full with a portion of the proceeds pursuant to an official payoff letter.

3. The Debtors are required to apply their proceeds from the sale to payoff their bankruptcy case first, and after doing so, may retain any remaining proceeds;

4. The short notice associated with Debtors' Motion to Sell Real Property is excused.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 16, 2022

**Prepared by:**

Mohammed O. Badwan
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
(630) 575-8180